UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Justin L. Bloxsom                    Docket No. 5:15-MJ-1004-KS

**Petition for Action on Probation**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin L. Bloxsom, who, upon an earlier plea of guilty to Possession of Marijuana, 21 U.S.C. § 844, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on September 7, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During Mr. Bloxsom's initial office visit, he expressed a desire to receive mental health treatment. Additionally, since the defendant admitted to using marijuana prior to sentencing, to discourage any further non-compliance related to drug use, the probation office is recommending that he participate in drug testing and mental health treatment as requested. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant must undergo drug testing, including but not limited to urinalysis.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/Jeffrey L. Keller                            /s/Maurice J. Foy
Jeffrey L. Keller                               Maurice J. Foy
Supervising U.S. Probation Officer              Sr. U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8678
                                                Executed On: September 28, 2016

**ORDER OF THE COURT**

Considered and ordered this __28th__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge