UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Justin L. Bloxsom                                           Docket No. 5:15-MJ-1004-1KS

**Amended Petition for Action on Probation**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin L. Bloxsom, who, upon an earlier plea of guilty to Possession of Marijuana, 21 U.S.C. § 844, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on September 7, 2016, to 12 months probation under the conditions adopted by the court.

On September 28, 2016, a Petition for Action on Probation was submitted to the court. The probation office recommended that the defendant participate in mental health treatment and undergo drug testing. The court concurred.

On October 17, 2016, the court was notified by a Violation Report that the defendant tested positive for marijuana and cocaine. The probation office recommended that the defendant continue in substance abuse testing and participate in substance abuse outpatient treatment. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 9, 2016, during a home visit, the defendant signed an admission form indicating that he used marijuana on November 7, 2016. A urinalysis which was collected on November 9th was confirmed positive by the national laboratory for both marijuana and cocaine (results received 11/21/2016). As a result of the defendant's continued drug use, the probation office is recommending that he complete a 90 day term of home detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Justin L. Bloxsom**
**Docket No. 5:15-MJ-1004-1KS**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Maurice J. Foy
Maurice J. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: November 22, 2016

### ORDER OF THE COURT

Considered and ordered this 22nd day of November, 2016, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge