UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Justin L. Bloxsom**                                                 **Docket No. 5:15-MJ-1004-1KS**

**Petition for Action on Probation**

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin L. Bloxsom, who, upon an earlier plea of guilty to Possession of Marijuana, 21 U.S.C. § 844, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on September 7, 2016, to 12 months probation under the conditions adopted by the court.

On September 28, 2016, a Petition for Action on Probation was submitted to the court. The probation office recommended that the defendant participate in mental health treatment and undergo drug testing. The court concurred.

On October 17, 2016, the court was notified by a Violation Report that the defendant tested positive for marijuana and cocaine. The probation office recommended that the defendant continue in substance abuse testing and participate in substance abuse outpatient treatment. The court concurred.

On November 22, 2016, A Petition for Action on Probation was submitted to the court. Due to continued drug use, the probation office recommended that the defendant be placed on home detention supported by location monitoring technology for a period not to exceed 90 days. The court concurred.

On January 9, 2017, a Motion for Revocation was submitted to the court requesting that a hearing be set to address the defendant's continued drug use and failure to participate in the urinalysis program. The court concurred. His hearing is set for February 1, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 14, 2017, the defendant was admitted into the hospital as a result of an infection, believed to be MRSA, that spread throughout various parts of his body. The defendant had surgery on his right hand and left foot on January 17, 2017, to control the infection. Unfortunately, the infection has continued to spread up his leg and he remains hospitalized. As a result of this serious medical condition, the probation office is requesting that the condition requiring home detention be removed. Prior to this medical emergency, the defendant completed 42 days of home confinement.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified and the following condition be removed:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Justin L. Bloxsom**
**Docket No. 5:15-MJ-1004-1KS**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: January 19, 2017 |

## ORDER OF THE COURT

Considered and ordered this 19th day of January, 2017, and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge